### 30931.   COMBS *v.* THE STATE.

BROYLES, C. J.   The present bill of exceptions containing no assignment of error whatever, this court is without jurisdiction to entertain the case, and the writ of error must be and is

*Dismissed.   MacIntyre and Gardner, JJ., concur.*

DECIDED SEPTEMBER 19, 1945.

*James R. Venable, George T. Manley, Frank A. Bowers,* for plaintiff in error.

*E. E. Andrews, solicitor-general, E. A. Stephens, Durwood T. Pye, J. R. Parham,* contra.